IN THE UNITED STATES EASTERN DISTRICT COURT OF BEAUMONT, TEXAS, 77704

FILED
OCT 28 '08
DAVID J. MALAND, CLERK
BY
DEPUTY_____

DANTANA D. TANKSLEY 1318602
PLAINTIFF

VS                    CAUSE NO: 1:08-CV-555

STATE OF TEXAS T.D.C.J-ID
DEFENDANTS

---

Motion To Dismiss Disciplinay 20080287377 - Destruction of Exculpatory Evidence

---

TO THE HONORABLE JUDGE SAID COURT

DANTANA D. TANKSLEY 1318602 PLAINTIFF, MOVES THE COURT TO DISMISS THE DISCIPLINARY 20080287377 FILED IN THIS ABOVE-CAPTIONED THAT IS A FELONY UNDER THE LAW'S OF TEXAS, FOR THE FOLLOWING REASONS:

(1) ON JUNE 26, 2008 THE PLAINTIFF WAS WROTE A FALSE DISCIPLINARY 10.0 AND A 12.0 BY A OFFICER RETALIATEING AGAINST HE BECAUSE OF RACE OR COLOR."

(2) I HAVE FILE FOR A CONFESSION GIVEN BY MY CELLY, AND THE SURVEILLANCE VIDEOTAPE OF THE POD AND OF THE SECTION I WAS HOUSED.

(3) THE PLAINTIFF CONTENDS THAT THE CONFESSION AND THE SURVEILLANCE VIDEOTAPES WILL SHOW THIS INMATES ACTUAL INNOCENCE AND THAT THIS ACT WAS NOTHING BUT RACE RETALIATION ON PART OF RANKING OFFICER'S TO STOP PAROLE AND PUT ON CLOSE CUSTODY."

(4) THE PLAINTIFF HAS SUFFERED PREJUDICIAL HARM IN VIOLATION OF THE DUE PROCESS CLAUSE OF THE FIFTH AMENDMENT TO THE UNITED STATE CONSTITUTION AND THE DUE COURSE OF LAW CLAUSE OF ARTICLE 1, SECTIONS 13 AND 19 OF THE TEXAS CONSTITUTION, AND IN VIOLATION OF THE CONFRONTION CLAUSE OF THE SIXTH AMENDMENT (U.S. CONST.) AND ART. 1, SEC. 10 (TEX. CONST.)

SEE UNITED STATE VS. VALENZUELA-BERNAL, 458 U.S. 858 (1982); ARIZONA VS. YOUNGBLOOD, 488 U.S. 51 (1988); MIGUEL VS. STATE, 864 S.W. 2d 493, 495 (TEX. CRIM. APP. 1993); BARRE VS STATE, 826 S.W. 2d 722, 723, 724 (TEX. APP. HOUSTON 14 DIST. 1992); GAMBOA VS. STATE, 774 S.W. 2d 111, 112-113 (TEX. APP-FORT WORTH 1989). IN CALIFORNIA VS. TROMBETTA, 467 U.S. 479, 488 (1984), THE SUPREME COURT HELD THAT THE U.S. CONSTITUTION IMPOSED AS A DUTY ON THE STATES TO PRESERVE EVIDENCE WHERE THE STATE COULD EXPECT THE EVIDENCE TO PLAY A SIGNIFICANT ROLE IN THE SUSPECTS DEFENSE."

(5) WHERE LOST OR DESTROYED EVIDENCE IS MATERIAL AND EXCULPATORY, THE DEFENDANTS RIGHTS AND IN THIS CAUSE THE PLAINTIFF RIGHTS TO DUE PROCESS UNDER THE FEDERAL CONSTITUTION IS VIOLATED, REGARDLESS OF WHETHER THE LOSS OR DESTRUCTION OCCURRED IN GOOD OR BAD FAITH ON PART OF THE PROSECUTION OR LAW ENFORCEMENT. ARIZONIA VS YOUNGBLOOD 488 U.S. AT 57. IN LIGHT OF BRADY VS. MARYLAND, IN THIS SITUATION THE PROPER REMEDY IS TO DISMISS DISCIPLINARY 20080287377."

(6) WHEREFORE, THE PLAINTIFF PRAYS THAT THE COURT GRANT THIS MOTION AND DISMISS THE DISCIPLINARY AND RESTORE ALL GOOD TIME, CLASS AND CUSTODY."

EXECUTED ON: SEPTEMBER 30, 2008.

X DANTANA D. TANKSLEY 1318607
MARK W STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS. 77705

# CERTIFICATE OF SERVICE

A TRUE AND CORRECT COPY OF THE PETITIONER'S Motion To Dismiss Disciplinary 20080282322 Destruction of Exculpatory Evidence

WAS SENT BY U.S. MAIL TOO: U.S. EASTERN DISTRICT COURT CLERK P.O. BOX 3507 BEAUMONT TEXAS 77207 AND THE ATTORNEY GENERAL OF TEXAS P.O. BOX 12548 AUSTIN, TEXAS 78711-2548

EXECUTED ON: SEPTEMBER 30 2008.

X _(signature)_ 1318602

MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS. 77705

"GOD BLESS"