IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DANTANA D. TANKSLEY | § | |
| VS. | § | CIVIL ACTION NO. 1:08-CV-555 |
| DIRECTOR, TDCJ-CID | § | |

ORDER

This is a petition for writ of habeas corpus, brought pursuant to 28 U.S.C. § 2254. Now pending are petitioner's motions for discovery of exculpatory evidence, to dismiss his prison disciplinary case, and for an evidentiary hearing.

Respondent has not answered the petition, but has requested an extension of time to file a response. After due consideration, the court is of the opinion that respondent's motion should be granted. Until respondent files an answer, petitioner's motions are premature. It is accordingly

**ORDERED** that respondent's motion for an extension of time (document no. 9) is **GRANTED**. Respondent shall file his response on or before June 17, 2009. It is further

**ORDERED** that petitioner's motions for exculpatory evidence (document no. 2), to dismiss (document no. 5), and for a hearing (document no. 6) are **DENIED** without prejudice to petitioner's ability to reurge his motions after respondent answers the petition.

**SIGNED** this __8__ day of _____June_____, 2009.

_/s/ Earl S. Hines_
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE