IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DANTANA D. TANKSLEY | § | |
| VS. | § | CIVIL ACTION NO. 1:08-CV-555 |
| DIRECTOR, TDCJ-CID | § | |

**FINAL JUDGMENT**

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and, the issues having been considered and a decision having been rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DENIED**. All motions not previously ruled on are hereby **DENIED**.

**SIGNED** this the 6 day of **October, 2009.**

Thad Heartfield
United States District Judge